## ANN BUSAK *v.* CITY OF STAMFORD ET AL.
### (13744)

Heiman, Schaller and Spear, Js.

Argued September 21—decision released November 21, 1995

*Paul J. Pacifico*, for the appellant (plaintiff).

*James D. Moran, Jr.*, with whom, on the brief, were *Kevin J. Maher* and *Maureen E. Driscoll*, for the appellees (defendants).

PER CURIAM. The decision of the compensation review board is affirmed.